UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. MENTEK,

Plaintiff,

v.

HOYT BRILL, P. O'MALLEY, BARBARA SEIDL, OPSAL, RIVERS, KOOSMAN, and CORRECTIONS CORPORATION OF AMERICA,

Defendants.

CIVIL NO. 00-1248 (DSD/JMM)

ORDER

The above matter is before the undersigned upon Defendants' Motion to Treat Dismissal as a Countable Strike. [Docket No. 11]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' Motion to Treat Dismissal as a Countable Strike [Docket No. 11] is denied without prejudice.

Dated: October 3, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

This action was summarily dismissed pursuant to 28 U.S.C. §1915A(b)(1) and 42 U.S.C. §1997e(c)(1) by Order dated July 5, 2000. [Docket No. 9]. Judgment was entered on that same date. [Docket No. 10]. On August 18, 2000, Defendants moved for

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

an Order "treating the summary dismissal of Plaintiff's complaint as a countable strike for purposes of pursuant to [sic] 28 U.S.C. §1915(g)." Section 1915(g) provides that a prisoner may not bring an action in forma pauperis if, on three or more prior occasions, he has brought cases that were dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted. An exception is made where the prisoner is under imminent danger of serious physical injury.

We do not have jurisdiction to rule on Defendants' Motion. The underlying action has now been dismissed, and judgment has been entered. If Plaintiff brings another lawsuit while he is incarcerated, the defendant(s) in that suit may seek to invoke 28 U.S.C. §1915(g).

J.M.M.